■ JACK EINHEBER, as Administrator of the Estate of STEVEN EINHEBER, Also Known as STEVE EINHEBER, Deceased, Appellant, v BORIS SAGALOVICH, M.D., et al., Respondents, et al., Defendants. [30 NYS3d 924]—In an action to recover damages for medical malpractice and wrongful death, the plaintiff appeals from an order of the Supreme Court, Queens County (O'Donoghue, J.), entered March 3, 2015, which denied his motion, in effect, for leave to reargue his prior motion to vacate a default judgment of the same court entered December 5, 2013, upon his failure to appear for a court-ordered conference, which was denied in an order of the same court entered November 10, 2014.

Ordered that the appeal from the order entered March 3, 2015, is dismissed, with costs, as no appeal lies from an order denying reargument.

The Supreme Court properly treated the plaintiff's motion as, in effect, one for leave to reargue his prior motion to vacate

the default judgment, since the motion essentially sought the same relief as the motion to vacate the default judgment, which had been denied in an order entered November 10, 2014. The Supreme Court denied the motion on the ground that the plaintiff had previously moved for similar relief. The appeal must be dismissed, as the denial of reargument is not appealable (*see Executor of Kates v Pressly*, 132 AD3d 723 [2015]; *Basile v Wiggs*, 117 AD3d 766 [2014]; *Jones v Amiee Lynn Accessories*, 38 AD3d 613 [2007]). Mastro, J.P., Maltese, Duffy and Brathwaite Nelson, JJ., concur.